# THE RAMEAU LAW FIRM

16 Court Street, Suite 2504
Brooklyn, NY 11241

| | |
|---|---|
| AMY RAMEAU, ESQ.* | *Admitted in New York, New Jersey, |
| amywmrameau@hotmail.com | Eastern and Southern Districts of New York |
| | |
| AFSAAN SALEEM, ESQ.+ | +Admitted in New York, |
| saleemlawny@gmail.com | Eastern and Southern Districts of New York |

January 22, 2016

**VIA ECF**
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Timothy McMillan v. City of New York, et al.</u>, 15 CV 7181 (BMC)

Your Honor:

      I represent the plaintiffs in the above-captioned action. I write to apologize to Your Honor and defense counsel for the oversight in not getting back to defense counsel with plaintiffs' portion of the joint letter in time today.
      There was a miscommunication within my office and as a result I was unable to provide Ms. Speight with plaintiffs' portion in time to submit the joint letter.  Plaintiffs do not dispute the allegations made by Ms. Speight.

Sincerely,

/s/

Amy Rameau, Esq.

cc:  Melanie Speight, Esq.